# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-20434
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 22, 2019

Lyle W. Cayce
Clerk

RAMON TORRES,

Plaintiff-Appellant

v.

DENISE COLLINS; JASON SANCHEZ; CHRIS DANIEL; KIM OGG; ED GONZALEZ,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-1415

Before REAVLEY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Ramon Torres appealed the district court's denial, without prejudice, of his motion to proceed in forma pauperis (IFP) in that court. Meanwhile, after Torres filed the required documentation of his poverty, the district court granted him leave to proceed IFP. His appeal is moot, and there is no appealable order that ended the litigation. *See Thompson v. Drewry*, 138 F.3d

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-20434

984, 985-86 (5th Cir. 1998).  Accordingly, the appeal is DISMISSED for lack of jurisdiction.  Torres's motion for leave to file a supplemental brief is DENIED.